## COMMONWEALTH *vs.* GEORGE F. BELOU-

Suffolk. June 15. — 16, 1874. COLT & ENDICOTT, JJ., absent

Copies of the record of a Municipal Court furnished on appeal to the Superior Court, are sufficiently attested by the addition of the word clerk to the signature of the clerk of such municipal court.

On a complaint charging that the defendant was a common seller of spirituous and intoxicating liquors without having any license, appointment or authority therefor, the burden of proof is on the defendant under the St. of 1864, c. 121, to show that he had such license, appointment or authority, although he is not the proprietor of the tenement described in the complaint.

COMPLAINT to the Municipal Court of the city of Boston, averring that the defendant was, on certain days named, without then having any license, appointment or authority therefor, a common seller of spirituous and intoxicating liquors. In the Superior Court on appeal and before the trial the defendant filed a motion which was overruled, to quash the complaint, for the reason, " that the copy of the record of judgment sent up on appeal from the Municipal Court was not duly authenticated, as the clerk of said Municipal Court had not certified to said copy by adding the title of his office thereto." The copy of the record purported to be of a judgment of the said Municipal Court, and the certificate was signed " Alfred Williams, clerk."

At the trial in the Superior Court, before *Wilkinson*, J., the defendant requested the court to instruct the jury, " that the burden was upon the government to prove that the defendant acted without license, appointment or authority, as it appeared in evidence that the defendant was not the proprietor of the tenement or place described in the complaint as having been maintained by the defendant." The court refused to give the instruction asked for, and the defendant excepted.

*C. F. Donnelly*, for the defendant.

*C. R. Train*, Attorney General, *& W. G. Colburn*, Assistant Attorney General, for the Commonwealth.

BY THE COURT. The attestation of a copy of the record of the Municipal Court is in the usual form, and clearly shows that the clerk was the clerk of the same court, without a fuller addition to his signature.

The burden of proving any license, appointment or authority, under which the defendant justified, was upon him, whether he was the proprietor of the place or a mere servant or agent. St. 1864, c. 121.                              *Exceptions overruled.*